July 2, 2018

The Hon. Colleen McMahon
United States District Judge
Chief U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        RE:    <u>1:18-mc-00272-CM</u>

Dear Hon. Colleen McMahon:

      I am writing to ask respectfully that the above-referenced matter, 1:18-mc-00272-CM, concerning an attorney name change be reopened and reconsidered. On June 19, 2018 I submitted the required case initiating documents on CM/ECF and paid the required filing fee of $47.00 via pay.gov, which are attached hereto. However, on July 2, 2018, I was informed by the Clerk's Office that no documents were filed and that no filing fee was received.

      Please let me know if you have any questions or concerns.

                                  Sincerely,

                                  Christina J. Lee